UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WENJUAN XU,<br>Plaintiff,<br>-against-<br>J&L MANAGEMENT CONSULTING, INC., and LIYUAN JIANG,<br>Defendant. | 26-CV-3490 (AS)<br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's April 29, 2026 Order, Dkt. 3, the parties were required to file a joint letter, the contents of which are described therein, the Wednesday before the initial conference. To date, the parties have not filed that letter. The parties are ORDERED to file that letter and accompanying contents by **Monday, August 3, 2026**.

SO ORDERED.

Dated: July 30, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge