RAN MUKHERJEE, P.C.
356 Wythe Ave, Suite 300
Brooklyn, NY 11249

RM LAW

Telephone: (646) 998-4240
Fax: (917) 591-4999
Email: rm@rmlawny.com

August 3, 2026

Via ECF and E-mail
Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007
SubramanianNYSDChambers@nysd.uscourts.gov

**Re: *Xu v. L&J Management Consulting, Inc., and Jiang,* SDNY Case No. 1:26-cv-3490**
**Request for Adjournment of Pretrial Conference**

Honorable Judge Subramanian:

This law firm represents the Plaintiff Wenjuan Xu in the above-captioned action. The Defendants have not yet been served, because the Summons has not yet issued. Request for issuance of summons have just been filed for each of the two Defendants. We apologize for the delay.

Plaintiff therefore respectfully requests a specified time within which to effect service pursuant to Rule 4(m) and an adjournment of the initial pretrial conference currently scheduled for August 6, 2026, at 2:00 PM. This is the first such request. The adversary's position is unknown as they have not yet been served. There is no scheduled appearance beyond the initial pretrial conference.

Respectfully submitted,

*/s/ Ran Mukherjee*

Ran Mukherjee
*Counsel for Plaintiff Wenjuan Xu*

GRANTED. The remote initial pretrial conference is ADJOURNED to **Thursday, October 8, 2026 at 3:00 PM**. Same dial-in information.

Plaintiff shall effect service **within 14 days** of the date of this order.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 7.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: August 3, 2026