UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Wenjuan Xu,

Plaintiff,

-against-

J&L Management Consulting, Inc.,

Defendant.

26-CV-3490 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's April 29, 2026 Order, the parties were required to file a joint letter, the contents of which are described in the order, the Wednesday before the initial conference, which is currently scheduled for October 8, 2026. To date, the parties have not filed that letter. The parties are ORDERED to file that letter and accompanying contents by Monday, October 5, 2026.

SO ORDERED.

Dated: October 1, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge