UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Wenjuan Xu,<br>Plaintiff,<br>-against-<br>J&L Management Consulting, Inc., et al.<br>Defendants. | 26-CV-3490 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's April 29, 2026 and October 2, 2026 Orders, the parties were required to file a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter no later than Wednesday of the week prior to the initial pretrial conference. While the parties have now filed a joint letter, they have yet to file the Civil Case Management Plan and Scheduling Order. The parties are ORDERED to do so by October 7, 2026.

SO ORDERED.

Dated: October 5, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge